UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

SCIONTI CONSTRUCTION GROUP, LLC,

Debtor.
---------------------------------------------------------------x

Case No. 24-22427 (SHL)

Chapter 11

## STIPULATION AND ORDER TRANSFERING VENUE TO THE SOUTHERN DISTRICT OF FLORIDA .

**WHEREAS**, on May 14, 2024, SCIONTI CONSTRUCTION GROUP, LLC ("Debtor") filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code; and

**WHEREAS**, the creditor RBI Opportunities LLC ("RBI") filed a motion to transfer venue or dismiss the case [ECF Doc. No. 28].

and

**WHEREAS**, the U.S. Trustee ("UST") filed a motion to transfer venue on July 17, 2024 [ECF Dkt. No. 35];

**WHEREAS**, creditor American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc. ("ABC") joined in RBI's and UST's motions to transfer venue [ECF Dkt. No. 37];

**WHEREAS**, the Debtor at this juncture consents to the transfer of venue to the Southern District of Florida pursuant to 28 U.S.C. § 1406;

**NOW, IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the Parties (referenced above collectively), through their respective counsel, that:

1.  Venue of the Debtor's bankruptcy proceedings is hereby transferred to the United States Bankruptcy Court for the Southern District of Florida, Miami Division pursuant to 28

U.S.C. § 1406 and Fed. R. Bankr. P. 1014 and the Clerk of this Court is hereby directed to transfer all the papers on file in this case together with a copy of the docket to the Clerk of the Bankruptcy Court for the Southern District of Florida, Miami Division.

**AGREED TO BY:**

| | |
|---|---|
| Dated: July 25, 2024 | BRONSON LAW OFFICES, P.C., Proposed Counsel to the Debtor |
| Harrison, New York | By:*/s/ H. Bruce Bronson*<br>H. Bruce Bronson, Esq.<br>Bronson Law Offices, P.C<br>480 Mamaroneck Avenue<br>Harrison, NY 10528 |
| Dated: July 25, 2024<br>Palm Beach Gardens, FL | NICHOLAS B. BANGOS, P.A., Counsel to RBI<br><br>By*/s/ Nicholas B. Bangos*<br>Nicholas B. Bangos<br>2560 RCA Blvd., Suite 114<br>Palm Beach Gardens, FL 33410 |
| Dated: July 25, 2024<br>Roseland, New Jersey | LAW OFFICES OF SCOTT H. BERNSTEIN LLC,<br>Counsel for American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc.<br><br>By:*/s/ Scott H. Bernstein*<br>Scott H. Bernstein<br>101 Eisenhower Parkway, Suite #300<br>Roseland, New Jersey 07068 |
| Dated: July 25, 2024<br>New York, New York | WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE<br><br>By:*/s/ Tara Tiantian*<br>Tara Tiantian, Esq.<br>Trial Attorney<br>Office of the U.S. Truste-SDNY<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 |

**SO ORDERED:**

**Dated: July 26, 2024**

*/s/ Sean H. Lane*
**HONORABLE SEAN H. LANE**
**UNITED STATES BANKRUPTCY JUDGE**